UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

JKA CONSTRUCTION, INC.; CLESIO DA SILVA; FABIO DA COSTA; RAFAEL DE PAULA; and JOSIAS DE PAULA,

    Defendants.

Civil Action No. 1:21-cv-11645

## JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, and Defendants JKA Construction, Inc.; Clesio Da Silva; Fabio Da Costa; Rafael De Paula; and Josias De Paula hereby move the Court to approve the Consent Judgment and Order attached hereto as Exhibit 1.

Respectfully Submitted,

For Defendants:

*[signature: Carol Chandler]*
Carol Chandler
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
TEL: (617) 542-6789 x 314
FAX: (617) 340 8587
CChandler@scmllp.com

Dated: October 8, 2021

For Plaintiff:

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor
/s/ Mark A. Pedulla
Mark A. Pedulla
Counsel for Wage & Hour
pedulla.mark.a@dol.gov
MA BBO No. 685925
/s/ Emily V. Wilkinson
Emily V. Wilkinson
Trial Attorney
wilkinson.emily.v@dol.gov
MA BBO No. 699512

1

*Motion allowed, [signature] NMGorton, USDJ 11/10/2021*